# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERICK PINO,<br><br>Defendant. | Case No.: 22-CR-2512-H<br><br>**ORDER AND JUDGMENT TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |

Based upon the United States' Motion to Dismiss the Information Without Prejudice, and for the reasons set forth therein, and for good cause appearing therefor, IT IS HEREBY ORDERED THAT:

The Motion is GRANTED, and the Information is dismissed without prejudice.

DATED: February 2, 2023

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE